UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEONA BEHMLANDER,

            Plaintiff,

v.                                                                  Case Number 12-14424
                                                                Honorable Thomas L. Ludington

COMMISSIONER OF
SOCIAL SECURITY,

            Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

This matter is before the Court on the report and recommendation (ECF No. 5) issued by Magistrate Judge Charles E. Binder on October 16, 2012, on Plaintiff's motion to proceed in forma pauperis (ECF No. 4). Judge Binder recommends that the Court deny Plaintiff's motion as Plaintiff indicates that her monthly income is $2,500 and that she has no dependents. Accepting Plaintiff's figure as accurate, her monthly income is more than 250 percent above the federal poverty level for a single person household ($930.83 per month).

Any party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* The Court is not obligated to review the portions of the report to which no objection was made. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). As of today's date, no party has filed any objections to Judge Binder's report and recommendation. The filing fee has not been paid.

Accordingly, it is **ORDERED** that Judge Binder's report and recommendation (ECF No. 5) is **ADOPTED**.

It is further **ORDERED** that Plaintiff's request to proceed in forma pauperis (ECF No. 4) is **DENIED**.

It is further **ORDERED** that Plaintiff must pay the required filing fee before the close of business on Monday, November 26, 2012, or the case will be dismissed.

Dated: November 8, 2012

                                                  s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 8, 2012.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS